# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1212
LT Case No. 2019-CA-000499-A

_____

COURTNEY D. DURHAM,

    Appellant,

    v.

NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Vincent Murphy, Judge.

Courtney D. Durham, Inverness, pro se.

William L. Grimsley, of McGlinchey Stafford, Jacksonville, for
Appellee.

January 16, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, KILBANE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————